**Electronically Filed
Intermediate Court of Appeals
29623
26-JUL-2011
09:13 AM**

NO. 29623


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
BEN BALDADO, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 06-1-0196K)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on June 30, 2011, is hereby corrected as follows:

1. On page 7, in the eighth line under subheading "B.", the word "violating" should be replaced with "violate" so that as corrected, the text reads: "replacement would violate HRPP Rule 24."

2. On page 11, in the third line under subheading "A.", the word "of" should be inserted between "violation" and "HRPP" so that as corrected, the text reads: "a violation of HRPP Rule 24(c)."

3. On page 14, in the last line of footnote 3, a close quotation mark should be inserted after the period ending the sentence and before the citation "Id." so that as corrected,

---

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.

the text reads: ". . . raises no Confrontation Clause concerns."
Id. at 414."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, July 26, 2011.

FOR THE COURT:

*Craig W. Nakamura*

Chief Judge